| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 83013)<br>ARJUN P. RAO (State Bar No. 265347) |
| 3 | BRYAN J. WEINTROP (State Bar No. 307416)<br>2029 Century Park East, Suite 1600 |
| 4 | Los Angeles, CA  90067-3086<br>Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959<br>Email:  lacalendar@stroock.com |
| 6 | |
| 7 | Attorneys for Defendant<br>  CHASE BANK USA, N.A., erroneously |
| 8 |   sued as CHASE BANK (USA) N.A. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLENE NORSHIP; JOSEPH KRETCHET, | ) | Case No. 2:16-cv-7661 |
| Plaintiffs, | ) ) ) | **NOTICE OF REMOVAL OF DEFENDANT CHASE BANK USA, N.A.** |
| v. | ) ) | |
| EXPERIAN INFORMATION SOLUTIONS INC, DFS SERVICES LLC, CHASE BANK (USA) N.A., CITIBANK, N.A., DOES 1 TO 10, INCLUSIVE. | ) ) ) | **(Pursuant to 28 U.S.C. § 1331 – Federal Question)** |
| Defendants. | ) ) ) ) ) | |

NOTICE OF REMOVAL OF DEFENDANT CHASE BANK USA, N.A.

LA 52013612

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, defendant Chase Bank USA, N.A., erroneously sued as Chase Bank (USA) N.A. ("Chase"), hereby removes the action entitled <u>Norship, et al., v. Experian, etc., et al.</u>, Superior Court of California, County of Los Angeles, Case No. BC634049 (the "Action"), to the United States District Court for the Central District of California on the following grounds:

1. <u>Removal Is Timely.</u>  The Complaint was personally served on September 15, 2016.  Chase has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of receipt by, and service on, Chase of the Complaint.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached as Exhibit A.

2. <u>This Court Has Removal Jurisdiction Over This Action</u>.  The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one that Chase may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff alleges violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, <u>et seq.</u> (the "FCRA"), a claim that is created by, and arises under, federal law.  <u>See</u> 15 U.S.C. § 1681p (an action to enforce the statute "may be brought in any appropriate United States district court, without regard to the amount in controversy").  To the extent any other claims in the Action arise under state law, including the alleged breach of contract claim, supplemental jurisdiction over such claim exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

3. <u>Proper Jurisdiction</u>.  This Court is the proper district court for removal because the Superior Court of the State of California for the County of Los Angeles is located within the United States District Court for the Central District of California.

4. <u>All Defendants Known To Have Been Served Consent To Removal</u>. Pursuant to 28 U.S.C. § 1446(a)(2)(A), all defendants known to Chase who have been properly joined and served consent to the removal of the Action.

5. <u>Notice Has Been Effected</u>.  Chase concurrently is filing a copy of this Notice of Removal of Action with the Superior Court of the State of California for the County of Los Angeles.  Chase will concurrently serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

Dated: October 14, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
ARJUN P. RAO
BRYAN J. WEINTROP

By: */s/ Arjun P. Rao*
         Arjun P. Rao

Attorneys for Defendant
CHASE BANK, USA, N.A., erroneously sued as Chase Bank (USA) N.A.