CHARLENE NORSHIP, JOSEPH KRETCHET
11137 FREER STREET
TEMPLE CITY CA 91780-3606
(626) 442-6650

Plaintiffs in pro se

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHARLENE NORSHIP, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 216-cv-07661-SJO-FFM |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS INC. et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

November 2, 2016
*Date*

CHARLENE NORSHIP, JOSEPH KRETCHET
*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2016, a copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Arjun P. Rao
Arjun P. Rao

*Via U.S. Mail*

Charlene Norship
11137 Freer Street
Temple City, CA  91780

Joseph Kretchet
11137 Freer Street
Temple City, CA  91780

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086