CHARLENE NORSHIP, JOSEPH KRETCHET
11137 FREER STREET
TEMPLE CITY CA 91780-3606
(626) 442-6650

Plaintiffs in pro se




FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHARLENE NORSHIP, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 216-cv-07661-SJO-FFM |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS INC. et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| November 2, 2016 | CHARLENE NORSHIP, JOSEPH KRETCHET |
|---|---|
| Date | Signature of Attorney/Party |

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

CHARLENE NORSHIP, JOSEPH KRETCHET
11137 FREER STREET
TEMPLE CITY CA 91780-3606 - (626) 442-6650
PLAINTIFFS IN PRO SE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHARLENE NORSHIP et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 216-cv- 07661-SJO-FFM |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS INC. et al. | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES_____, State of California, and not a party to the above-entitled cause. On November 2,_____, 20 16_____, I served a true copy of NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)_____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Temple City CA 91780_____
Executed on November 2,_____, 20 16_____ at Temple City_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*(signature)*
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____                              _____
Signature                                Party Served

## MAILING LIST

BALLARD SPAHR
Taylor R. Steinbacher
2029 CENTURY PARK EAST
STE 800
LOS ANGELES CA 90067-2909

DISCOVER FINANCIAL SERVICES LLC
Attn: Law Department/Litigation
2500 LAKE COOK ROAD
RIVERWOODS IL 60015

CITIBANK N.A. – Legal Department
Beth Barnette-Andrew Moritz
14000 Citicards Way
Jacksonville FL 32259

JPMorgan Chase Legal Department
560 Mission Street – 3rd Floor
Mail Code CA 1-0301
SAN FRANCISCO CA 94105

ARJUN P. RAO, ESQ.
Strook & Strook & Lavan LLP
2029 CENTURY PARK EAST
LOS ANGELES CA 90067

EXPERIAN INFORMATION SOLUTIONS INC
CT Corporation
818 West 7th Streeet
LOS ANGELES CA 90017